**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FOTOMEDIA TECHNOLOGIES, LLC, § § | |
| Plaintiff, § § | |
| v. § § | |
| AMERICAN GREETINGS CORP., § | Civil Action No. 2:08-cv-00202-TJW |
| AG INTERACTIVE, INC., § | |
| DOTPHOTO, INC., § | |
| FORTUNECITY.COM INC., § | **JURY TRIAL DEMANDED** |
| PHANFARE, INC., § | |
| PICTURETRAIL, INC., § | |
| IMAGEEVENT, § | |
| BETTERPHOTO.COM, INC., § | |
| QUALGUARD, INC., § | |
| KABOOSE INC., § | |
| KABOOSE.COM INC., § | |
| BUBBLESHARE INC., § | |
| BABYZONE.COM, INC., § | |
| MEDIAFIRE, LLC, § | |
| PRINTROOM, INC., § | |
| PICABOO CORP., § | |
| SCRIPPS NETWORKS, LLC, § | |
| THE E.W. SCRIPPS CO., § | |
| INCANDO CORP., § | |
| OFFICEWARE CORP., § | |
| ZOTO, INC., § | |
| RIPSIDE INTERACTIVE, INC., § | |
| LENZUS, INC., § | |
| DRIVE HEADQUARTERS, INC., § | |
| PHOTOGRA INC., § | |
| FOTKI, INC., § | |
|     and § | |
| ZAZZLE.COM, INC., § § | |
| Defendants. § | |

**PLAINTIFF FOTOMEDIA TECHNOLOGIES, LLC'S
<u>FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT</u>**

- 2 -

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff FotoMedia Technologies, LLC makes the following disclosures:

1. Plaintiff FotoMedia Technologies, LLC is a wholly owned subsidiary of Scenera Research, LLC.

2. Scenera Research, LLC is a wholly owned subsidiary of IP Funding, LLC.

3. No other corporation owns 10% or more of the stock of FotoMedia Technologies, LLC.


Dated: May 23, 2008

Respectfully submitted,

_/s/ Sam Baxter_
Sam Baxter, Lead Attorney
TX State Bar No. 01938000
E-mail: sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 927-2111
Facsimile: (903) 927-2622

**OF COUNSEL**:
John F. Ward, Esq.
E-mail: wardj@wardolivo.com
John W. Olivo, Jr., Esq.
E-mail: olivoj@wardolivo.com
David M. Hill, Esq.
E-mail: hilld@wardolivo.com
**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866

- 3 -

        Leslie D. Ware, Esq.
        TX State Bar No. 00785179
        E-mail: lware@thewarefirm.com
        **THE WARE FIRM**
        1701 North Market, Suite 330
        Dallas, Texas  75202
        Telephone: 214.744.5000
        Facsimile: (214) 744-5013

        **ATTORNEYS FOR PLAINTIFF**
        **FOTOMEDIA TECHNOLOGIES, LLC**