**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **FOTOMEDIA TECHNOLOGIES, LLC,** | ) CASE NO.:  2:08-cv-00202-CE |
| | ) |
| Plaintiff, | ) |
| | ) JUDGE EVERINGHAM |
| v. | ) |
| | ) |
| **AMERICAN GREETINGS CORP., et al.,** | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATED MOTION FOR DISMISSAL

Plaintiff FotoMedia Technologies, LLC ("FOTOMEDIA") and Defendants ImageEvent ("IMAGEEVENT"), Printroom, Inc. ("PRINTROOM"), Picaboo Corp. ("PICABOO"), OfficeWare Corp. ("OFFICEWARE"), and Drive Headquarters, Inc. ("DRIVE HQ") pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and (c), hereby move for an order dismissing all claims by Plaintiff FOTOMEDIA against Defendants IMAGEEVENT, PRINTROOM, PICABOO, OFFICEWARE, and DRIVE HQ in this action WITHOUT PREJUDICE, and dismissing all counterclaims by Defendants IMAGEEVENT, PRINTROOM, PICABOO, OFFICEWARE, and DRIVE HQ against Plaintiff FOTOMEDIA in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

DATED:  December 22, 2009

                                                        Respectfully submitted,

| | |
|---|---|
| */s/ Gregory Scott Bishop* | */s/ Eric S. Tautfest* |
| Gregory Scott Bishop | Leslie Dale Ware |
| gbishop@goodwinprocter.com | Texas State Bar No. 00785179 |
| Ruby Wood | lware@thewarefirm.com |
| rwood@goodwinprocter.com | Eric S. Tautfest |
| **Goodwin Procter LLP** | Texas State Bar No. 24028534 |
| 135 Commonwealth Dr | etautfest@thewarefirm.com |
| Menlo Park, CA 94025 | **The Ware Firm** |
| 650-752-3100 | 2101 Cedar Springs Road, Ste. 1900 |
| 650-853-1038 (fax) | Dallas, TX 75201 |
| | 214-744-5000 |
| Sidney Calvin Capshaw, III | 214-744-5013 Fax |
| ccapshaw@capshawlaw.com | |
| Elizabeth L. DeRieux | Sam F. Baxter |
| ederieux@capshawlaw.com | Texas State Bar No. 01938000 |
| Daymon Jeffrey Rambin | sbaxter@mckoolsmith.com |
| jrambin@capshawlaw.com | **McKool Smith P.C.** |
| Jessica Lea Hannah | 505 E. Travis, Suite 105 |
| jhannah@capshawlaw.com | Marshall, Texas 75670 |
| **Capshaw DeRieux, LLP** | Telephone: (903) 927-2111 |
| 1127 Judson Road | Facsimile: (903) 927-2622 |
| Suite 220 | |
| Longview, TX 75601-5157 | David M. Hill *(Pro Hac Vice)* |
| 903-233-4826 | hilld@wardolivo.com |
| 903-236-8787 (fax) | John W. Olivo Jr. *(Pro Hac Vice)* |
| | olivoj@wardolivo.com |
| *ATTORNEYS FOR DEFENDANT* | Robert G Graham *(Pro Hac Vice)* |
| *PICABOO CORP.* | graham@wardolivo.com |
| | John F. Ward *(Pro Hac Vice)* |
| | wardj@wardolivo.com |
| */s/ Kenneth Crouch Goolsby* | **Ward & Olivo** |
| Kenneth Crouch Goolsby | 380 Madison Avenue |
| casey@goolsbyfirm.com | New York, NY 10017 |
| **GOOLSBY LAW FIRM** | 212-697-6262 |
| 208 N. Green, Suite 300 | 212-972-5866 fax |
| P.O. Box 4307 | |
| Longview, TX 75606 | *ATTORNEYS FOR PLAINTIFF* |
| 903-212-2020 | *FOTOMEDIA TECHNOLOGIES, LLC* |
| 903-212-2001 (fax) | |
| | |
| *ATTORNEY FOR DEFENDANT* | |
| *IMAGEEVENT* | |

*/s/ Thomas L. Gemmell*
Thomas L. Gemmell
tom.gemmell@huschblackwell.com
Philip D Segrest, Jr.
philip.segrest@huschblackwell.com
**Husch Blackwell Sanders Welsh & Katz**
120 S. Riverside Plaza – 22nd Floor
Chicago, IL 60606
312-655-1500
312-655-1501 (fax)

*ATTORNEY FOR DEFENDANT PRINTROOM, INC.*


*/s/ Scott Meyer*
Scott Meyer
smeyer@chalkerflores.com
Thomas G. Jacks
tjacks@chalkerflores.com
**Chalker Flores, LLP**
2711 LBJ Fwy. Suite 1036
Dallas, TX 75234
214-866-0001
214-866-0010 (fax)

*ATTORNEY FOR DEFENDANT OFFICEWARE CORP.*


*/s/ Edward J. Marshall*
Edward J. Marshall
edmarshall@marshalliplaw.com
**Edward J. Marshall, Attorney at Law P.L.L.C.**
8705 Shoal Creek Blvd., Suite 202
Austin, Texas 78757
512-533-9944
512-519-7789 (fax)

*ATTORNEY FOR DEFENDANT DRIVE HEADQUARTERS, INC.*

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) today, December 22, 2009. Any other counsel of record will be served by postage paid, certified first class mail, return receipt requested.

/s/ Eric S. Tautfest
Eric S. Tautfest