IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FOTOMEDIA TECHNOLOGIES, LLC,** § | |
| § | |
| **Plaintiff,** § | CIVIL ACTION NO. 2:08-cv-202-TJW |
| § | |
| v. § | |
| § | JURY TRIAL DEMANDED |
| **AMERICAN GREETINGS CORP,** § | |
| **ET AL.,** § | |
| § | |
| **Defendants.** § | |

## ORDER OF DISMISSAL

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal of all claims asserted by plaintiff, FotoMedia Technologies, LLC ("FOTOMEDIA"), against Defendants ImageEvent ("IMAGEEVENT"), Printroom, Inc. ("PRINTROOM"), Picaboo Corp. ("PICABOO"), OfficeWare Corp. ("OFFICEWARE"), and Drive Headquarters, Inc. ("DRIVE HQ") in this action WITHOUT prejudice, and for dismissal WITHOUT prejudice of all counterclaims by Defendants ImageEvent ("IMAGEEVENT"), PrintRoom, Inc. ("PRINTROOM"), Picaboo Corp. ("PICABOO"), OfficeWare Corp. ("OFFICEWARE"), and Drive Headquarters, Inc. ("DRIVE HQ") against Plaintiff FOTOMEDIA in this action, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted by plaintiff FOTOMEDIA in this action by Plaintiff FOTOMEDIA against Defendants IMAGEEVENT, PRINTROOM, PICABOO, OFFICEWARE, and DRIVE HQ are hereby dismissed WITHOUT prejudice, and that all counterclaims asserted by Defendants IMAGEEVENT, PRINTROOM,

PICABOO, OFFICEWARE, and DRIVE HQ in this action are hereby dismissed WITHOUT prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.