**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **FOTOMEDIA TECHNOLOGIES, LLC,** | CASE NO.: 2:08-cv-00202-CE |
| Plaintiff, | |
| v. | JUDGE EVERINGHAM |
| **AMERICAN GREETINGS CORP., et al.,** | JURY TRIAL DEMANDED |
| Defendants. | |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**
**PURSUANT TO LOCAL PATENT RULE P.R. 4-3**

Pursuant to Patent Rule 4-3 and the Court's Docket Control Order, the Plaintiff FotoMedia Technologies, LLC ("FotoMedia") and Defendants Zazzle.com, Inc. and Qualguard, Inc. (collectively "Defendants") hereby submit this Joint Claim Construction and Prehearing Statement. Exhibit A, attached hereto, identify the disputed claim terms. Exhibit A contains FotoMedia's and Defendants' proposed constructions for each disputed claim term and intrinsic and other evidence supporting their proposed constructions.

**A.   CONSTRUCTION OF THOSE CLAIM TERMS, PHRASES, OR CLAUSES ON WHICH THE PARTIES AGREE**

The Parties agree to the construction of the following term:

| Term | Claim | Agreed Construction |
|---|---|---|
| Computer | '774 Patent, Cl. 1, 2<br><br>'936 Patent, Cl. 1, 4, 7, 17 | A device that processes data |
| Associating | '774 Patent, Cl. 1 | Relating |

| Browser/ Web browser | '774 Patent, Cl. 1<br>'936 Patent, Cl. 17 | A computer application for browsing a network, such as the internet |
|---|---|---|
| Message | '774 Patent, Cl. 1 | An electronic notice |
| Message address | '774 Patent, Cl. 1 | An electronic address used to send a message |
| Client computer | '936 Patent, Cl. 1, 4 | A computer in communication with the server |
| Process/ Process the electronic image data | '936 Patent, Cl. 1, 6 | Manipulate the electronic image data |
| Generate | '936 Patent, Cl. 1 | Create |
| Associate/Associating | '936 Patent, Cl. 1, 4, 17 | Relate/Relating |
| Network adapter for interfacing to a network | '936 Patent, Cl. 5 | Plain and ordinary meaning |
| Network adapter | '936 Patent, Cl. 5 | Plain and ordinary meaning |
| Role / Roles | '231 Patent, Cl. 1, 2, 3, 17, 18, 19 | An intermediary designation that brings together users and permissions |
| Particular user | '231 Patent, Cl. 1, 17 | A user who may be authenticated |

The Parties agree that after the Court construes the disputed terms, the following terms have plain and ordinary meaning in light of the construed and agreed upon terms:

| Term | Claim | Agreed Construction |
|---|---|---|
| Transferring a file containing the image data from a second computer | '774 Patent, Cl. 4 | Plain and ordinary meaning in light of the construed and agreed upon terms |
| Allowing a user of the client computer to upload to the server a digital image | '936 Patent, Cl. 8 | Plain and ordinary meaning in light of the construed and agreed upon terms |

**B.   EACH PARTY'S PROPOSED CONSTRUCTION OF EACH DISPUTED CLAIM TERM, PHRASE, OR CLAUSE, TOGETHER WITH AN IDENTIFICATION OF INTRINSIC AND OTHER EVIDENCE**

Exhibit A, attached hereto, identify the disputed claim terms.  Exhibit A contains FotoMedia's and Defendants' proposed constructions for each disputed claim term and intrinsic and other evidence supporting their proposed constructions.

**C.   THE ANTICIPATED LENGTH OF TIME NECESSARY FOR THE CLAIM CONSTRUCTION HEARING**

The Parties anticipate that the Claim Construction Hearing will take no longer than four hours, two hours per side.

**D.   POSSIBLE WITNESSES AT THE CLAIM CONSTRUCTION HEARING**

In accordance with P.R. 4-3(d), Defendants and FotoMedia do not plan on presenting any witnesses during the claim construction hearing.

Dated:  January 25, 2010                                        Respectfully submitted,

*/s/ Robert G. Graham*                                          */s/ M. Craig Tyler*
    Robert G. Graham                                         M. Craig Tyler
    grahamr@wardolivo.com                             ctyler@wsgr.com
    David M. Hill                                                  Luiz Von Paumgartten
    hilld@wardolivo.com                                    lvonpaumgartten@wsgr.com
    John F. Ward                                                 Brian A. Dietzel
    wardj@wardolivo.com                                  bdietzel@wsgr.com
    **Ward & Olivo**                                             Aden M. Allen
    380 Madison Avenue                                     aallen@wsgr.com

| | |
|---|---|
| New York, NY 10017<br>212-697-6262<br>212-972-5866 (fax)<br><br>Leslie D. Ware<br>lware@thewarefirm.com<br>State Bar No. 00785179<br>Eric S. Tautfest<br>etautfest@thewarefirm.com<br>State Bar No. 24028534<br>**THE WARE FIRM**<br>2101 Cedar Springs Road<br>Suite 1900<br>Dallas, Texas 75201<br>214-744-5000<br><br>Samuel Franklin Baxter<br>sbaxter@mckoolsmith.com<br>Lead Attorney<br>**McKool Smith - Marshall**<br>P O Box O<br>104 East Houston St., Suite 300<br>Marshall, TX 75670<br>903/923-9000<br>903-923-9099 (fax)<br><br>*Attorneys for Plaintiff FotoMedia Technologies, LLC* | **Wilson Sonsini Goodrick & Rosati PC**<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, TX 78746-5546<br>512-338-5400<br>512-338-5499 (fax)<br>*Attorneys for Defendant Zazzle.com, Inc.*<br><br>*/s/ Robert J. Fluskey*<br>Robert J. Fluskey<br>**Hodgson Russ, LLP**<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>rfluskey@hodgsonruss.com<br>716-856-4000<br>*Attorney for Qualgaurd, Inc.*<br><br>*/s/ Douglas Ray McSwane, Jr*<br>Douglas Ray McSwane, Jr<br>Potter Minton<br>P.O. Box 359<br>Tyler, TX 75710<br>dougmcswane@potterminton.com<br>903-597-8311<br>903-593-0846 (fax)<br>*Attorney for, Scripps Network, LLC, Incando Corp., and Qualguard, Inc*. |

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 25th day of January, 2010.  Any other counsel of record will be served by first class U.S. mail on the same date.

                                              /S/M. Craig Tyler
                                                M. Craig Tyler