## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FOTOMEDIA TECHNOLOGIES, LLC,** | ) CASE NO.: 2:08-cv-00202-CE |
| | ) |
| Plaintiff, | ) |
| | ) JUDGE EVERINGHAM |
| v. | ) |
| | ) |
| **AMERICAN GREETINGS CORP., et al.,** | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER GRANTING JOINT MOTION TO DISMISS

The Court, having considered Plaintiff FotoMedia Technologies, LLC's ("FotoMedia"), and Defendants Scripps Networks, LLC's ("Scripps Networks") and Incando Corporation's ("Incando") Joint Motion to Dismiss, is of the opinion that the Motion should be GRANTED.

It is THEREFORE ORDERED that all claims of infringement asserted by FotoMedia against Scripps Networks and Incando in this litigation are hereby DISMISSED WITH PREJUDICE and all counterclaims asserted by Scripps Networks and Incando against FotoMedia in this litigation are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 16th day of March, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE